# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bruce Barnauskas,<br>　　Plaintiff<br><br>v.<br><br>EGS Financial Care, Inc.,<br>　　Defendant | Docket 3:18-cv-00917-RPC<br><br>(JUDGE RICHARD P. CONABOY)<br><br><br><br>FILED ELECTRONICALLY |

## **STIPULATION OF DISMISSAL**

Please dismiss this action without prejudice.


s/ Brett M. Freeman_____
Attorney for Plaintiff
Brett M. Freeman: Bar No. 308834
Sabatini, Freeman, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email: brett@sabatinilawfirm.com

s/ Kirsten H. Smith (with consent) __
Attorney for Defendant
Kirsten H. Smith: Bar No. 33379
Sessions, Fishman, Nathan & Israel, LLC
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002
Phone (504) -828-3700
Facsimile (504) 828-3737
Email: ksmith@sessions.legal