# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bruce Barnauskas,<br>Plaintiff<br><br>v.<br><br>EGS Financial Care, Inc.,<br>Defendant | Docket 3:18-cv-00917-RPC<br><br>(JUDGE RICHARD P. CONABOY)<br><br><br>FILED ELECTRONICALLY |

## ORDER

The parties having filed a Stipulation of Voluntary Dismissal (Doc. 14 ), IT IS ORDERED that this action is hereby dismissed without prejudice.

The Clerk of Court is directed to close the case.

Date: 9/20/18

Richard P. Conaboy
United States District Judge

FILED
SCRANTON

SEP 2 0 2018

Per _____
DEPUTY CLERK